THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH LAKE, alias JOSEPH TURNER, Appellant.

Submitted May 16, 1949; decided May 26, 1949.

*Frank S. Hogan, District Attorney (Whitman Knapp* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.